**No. 53400.**—American Factors, Ltd. (transferee), et al. *v.* United States, protests 123948–K, etc. (San Francisco).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53401.**—Austin, Nichols & Co., Inc., et al. *v.* United States, protests 132548–K, etc. (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53402.**—J. & J. Distributing Co. and McKesson & Robbins *v.* United States, protests 147101–K and 147092–K (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53403.**—Bellows & Co., Inc. *v.* United States, protests 147339–K and 135288–K (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.